UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

*NOV 23 2015 — CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**Sal Mansy**

    Defendant.

Criminal No. 15-30549

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Sal Mansy**

_____
Attorney's signature

**Farris F. Haddad P71538**
Printed Name and Michigan Bar Number

**26100 American Dr. Ste 605**
Address
**Southfield, MI 48034**

**farris@callfarris.com**
E-mail Address

**(888) 818-1646**
(Area Code)   Telephone Number

**(248) 686-0812**
Fax Number

Date: 11/23/2015
Detroit, Michigan

☐ CJA Appointment    ☒ Retained